

Dockets.Justia.com

Int. Cl.: 9

Prior U.S. Cl.: 21

Reg. No. 1,556,587

# United States Patent and Trademark Office

Registered Sep. 19, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GO PHONE

MCCAW CELLULAR COMMUNICATIONS, INC. (DELAWARE CORPORATION)
ATTN: LEGAL DEPARTMENT
5400 CARILLON POINT
KIRKLAND, WA 98033

FOR: CELLULAR TELEPHONES, IN CLASS 9 (U.S. CL. 21).

FIRST USE 10-8-1987; IN COMMERCE 10-8-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHONE", APART FROM THE MARK AS SHOWN.

SER. NO. 697,206, FILED 11-23-1987.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102 and 104

United States Patent and Trademark Office

Reg. No. 2,048,570

Registered Apr. 1, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

# GO PHONE

MCCAW CELLULAR COMMUNICATIONS, INC. (DELAWARE CORPORATION)
5400 CARILLON POINT
KIRKLAND, WA 98033

FOR: BILLING SERVICES IN THE TELE-COMMUNICATIONS FIELD THROUGH THE USE OF INDIVIDUALIZED RATE PLANS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

FOR: TELECOMMUNICATIONS SERVICES, NAMELY ELECTRONIC TRANSMISSION OF MESSAGES, VOICE MESSAGES, INFORMA-TION AND DATA, PAGING SERVICES, FAC-SIMILE TRANSMISSION SERVICES; ELEC-TRONIC AUDIO AND/OR AUDIOVISUAL VOICE MESSAGING SERVICES, NAMELY THE RECORDING, STORAGE AND SUBSE-QUENT TRANSMISSION OF AUDIO AND/OR AUDIOVISUAL VOICE MESSAGES IN DIGI-TAL FORMAT, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-1994; IN COMMERCE 5-1-1994.

OWNER OF U.S. REG. NOS. 1,556,587 AND 1,557,669.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHONE", APART FROM THE MARK AS SHOWN.

SER. NO. 74–553,592, FILED 7–22–1994.

KEVIN ELSE, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 2,911,779

Registered Dec. 14, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

# GOPHONE

AT&T WIRELESS SERVICES, INC. (DELAWARE CORPORATION)
7277 164TH AVENUE NE
REDMOND, WA 98052

FOR: TELECOMMUNICATIONS SERVICES, NAMELY WIRELESS TRANSMISSION, UPLOADING AND DOWNLOADING OF VOICE, DATA, IMAGES, AUDIO, VIDEO, SIGNALS, SOFTWARE, INFORMATION, GAMES, RING TONES, AND MESSAGES; WIRELESS TELEPHONE SERVICES; PROVIDING WIRELESS CALLING PLANS; WIRELESS VOICE MESSAGING SERVICES; CALL FORWARDING SERVICES; WIRELESS TEXT AND NUMERIC DIGITAL MESSAGING SERVICES; ELECTRONIC MAIL SERVICES; PAGING SERVICES; FACSIMILE TRANSMISSION SERVICES; INTERNET SERVICE PROVIDER AND ONLINE SERVICE PROVIDER SERVICES, NAMELY, PROVIDING MULTIPLE USER ACCESS TO A GLOBAL COMPUTER INFORMATION NETWORK, THE INTERNET, WIDE AREA NETWORKS, LOCAL AREA NETWORKS, AND PRIVATE COMPUTER INFORMATION NETWORKS; TELECOMMUNICATION SERVICES THAT ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA WIRELESS TELEPHONES, PERSONAL DIGITAL ASSISTANTS, HANDHELD COMPUTERS, AND MOBILE DATA RECEIVERS AND THROUGH A GLOBAL COMPUTER INFORMATION NETWORK, THE INTERNET, WIDE AREA NETWORKS, LOCAL AREA NETWORKS AND PRIVATE COMPUTER INFORMATION NETWORKS; WIRELESS ROAMING SERVICES; TELECOMMUNICATIONS CONSULTING; TELEMATICS SERVICES; TELEMETRY SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-30-2003; IN COMMERCE 4-30-2003.

OWNER OF U.S. REG. NOS. 1,556,587 AND 2,048,570.

SN 78-249,353, FILED 5-13-2003.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,911,780
Registered Dec. 14, 2004

# TRADEMARK
## PRINCIPAL REGISTER

# GOPHONE

AT&T WIRELESS SERVICES, INC. (DELAWARE CORPORATION)
7277 164TH AVENUE NE
REDMOND, WA 98052

FOR: COMPUTER SOFTWARE FOR USE IN THE TELECOMMUNICATIONS INDUSTRY, NAMELY, COMPUTER SOFTWARE FOR THE ACTIVATION, BILLING AND OPERATION OF WIRELESS TELE-COMMUNICATIONS SERVICES; TELECOMMUNI-CATIONS EQUIPMENT AND ELECTRONIC COMMUNICATIONS PRODUCTS, NAMELY, PC CARD FOR CONNECTING CELLULAR PHONES TO COMPUTERS TO ACT AS WIRELESS MODEMS CABLE FOR CONNECTING CELLULAR PHONES TO COMPUTERS TO ACT AS WIRELESS MODEMS, BATTERIES, BATTERY CHARGERS, WIRELESS MODEMS, ANTENNAS, CARRYING CASES FOR WIRELESS HANDHELD DEVICES, HANDS-FREE KITS INCLUDING MICROPHONES, EARPHONES, AND HEADSET ADAPTERS, FACEPLATES, TELE-PHONES THAT PROVIDE MULTIPLE-USER AC-CESS TO A GLOBAL COMPUTER NETWORK AND RELATED ACCESSORIES, WIRELESS APPLICA-TION PROTOCOL (WAP) RECEIVERS AND TRANS-MITTERS, GPRS PROTOCOL RECEIVERS AND TRANSMITTERS, DIGITAL TELEPHONES; WIRE-LESS HANDHELD DEVICES, NAMELY, HAND-HELD COMPUTERS; WIRELESS TELEPHONES; CELLULAR TELEPHONES; GLOBAL POSITIONING SATELLITES; HANDHELD RADIOS; RADIO, ANA-LOG, DIGITAL AND ELECTRONIC PAGERS; TEL-EPHONE CALLING CARDS, INCLUDING PRE-PAID TELEPHONE CALLING CARDS, MAGNETI-CALLY ENCODED; COMPUTER SOFTWARE FOR USE BY TELECOMMUNICATION SUBSCRIBERS AND USER MANUALS AND INSTRUCTION BOOKS SOLD AS A UNIT, NAMELY, COMPUTER SOFTWARE FOR CONNECTING USERS TO A GLOBAL COMPUTER NETWORK, ACCESSING IN-FORMATION DOWNLOADED FROM A GLOBAL COMPUTER NETWORK, DATA COMPRESSION, COMPUTER TELEPHONY, PROVIDING ACCESS TO ELECTRONIC MESSAGING SERVICES, CREAT-ING, SENDING AND RECEIVING ELECTRONIC MESSAGES AND MULTIMEDIA APPLICATIONS; COMPUTER SOFTWARE FOR USE OVER COMPU-TER NETWORKS, NAMELY, NETWORK MAN-AGEMENT SOFTWARE, DATA DELIVERY SOFTWARE, NETWORK UTILITY SOFTWARE, SERVER OPERATING SYSTEM SOFTWARE; PRO-TOCOL SOFTWARE, NAMELY, SOFTWARE FOR THE IMPLEMENTATION OF COMMUNICATIONS PROTOCOLS; CLIENT SERVER SOFTWARE, NAMELY, COMPUTER SOFTWARE FOR USE IN INTERFACING BETWEEN HOST COMPUTERS, SERVERS AND WEB BROWSERS; COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PRO-GRAMS, DEVICE DRIVERS, APPLICATIONS SOFT-WARE, APPLICATION DEVELOPMENT TOOL PROGRAMS, NETWORK MANAGEMENT SOFT-WARE, DATA DELIVERY SOFTWARE, NETWORK UTILITY SOFTWARE; MIDDLEWARE, NAMELY, SOFTWARE THAT MEDIATES BETWEEN A COM-PUTER'S OPERATING SYSTEM AND ITS APPLICA-TION SOFTWARE; E-COMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSI-NESS TRANSACTIONS VIA A GLOBAL COMPU-TER NETWORK; USER INTERFACE SOFTWARE FOR SEARCHING, SELECTING, BROWSING, VIEWING, MANAGING, ORGANIZING AND NA-VIGATING CONTENT DELIVERED VIA A GLOBAL COMPUTER NETWORK; COMPUTER SOFTWARE FOR SEARCHING, SELECTING, BROWSING, VIEWING, MANAGING, ORGANIZING AND NA-VIGATING A GLOBAL COMPUTER NETWORK-BASED INTERACTIVE DATABASES; PERSONAL DIGITAL ASSISTANTS; TRANSCEIVERS; NET-WORK INTERFACE CARDS; DIGITAL AUDIO AND VIDEO RECORDERS; CAMERAS, SUBSCRI-BER IDENTITY MODULE (SIM) CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2003; IN COMMERCE 4-30-2003.

OWNER OF U.S. REG. NOS. 1,556,587 AND 2,048,570.

SN 78-249,357, FILED 5-13-2003.

GWEN STOKOLS, EXAMINING ATTORNEY